Thiago M. Coelho, SBN 324715
*thiago.coelho@wilshirelawfirm.com*
Chumahan B. Bowen, SBN 268136
*chumahan.bowen@wilshirelawfirm.com*
Matthew M. Macke, SBN 304551
*matthew.macke@wilshirelawfirm.com*
Jesenia A. Martinez, SBN 316969
*jesenia.martinez@wilshirelawfirm.com*
**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa Street, Sky Lobby
Los Angeles, California 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiffs and all others similarly situated*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO PAREDES, ROBERT HAFSTAD, and ELIZABETH MCDOWELL, individually and on behalf of all others similarly situated<br><br>*Plaintiffs,*<br><br>v.<br><br>ATTOM DATA SOLUTIONS, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>*Defendants.* | Case No. 3:26-cv-4921<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED PARTIES** |

PLAINTIFFS' CERTIFICATION OF INTERESTED PARTIES

Pursuant to Civil L.R. 3-15, Plaintiffs Gilberto Paredes, Robert Hafstad, and Elizabeth McDowell (together, "Plaintiffs"), hereby certify that to the best of their present knowledge, other than the named parties, there is no such interest to report.

Dated:  May 22, 2026

Respectfully submitted,

**WILSHIRE LAW FIRM, PLC**

*/s/ Jesenia A. Martinez*

Thiago M. Coelho
Chumahan B. Bowen
Matthew M. Macke
Jesenia A. Martinez

*Attorneys for Plaintiffs and all others similarly situated*

**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa St., Sky Lobby
Los Angeles, CA 90017

1
PLAINTIFFS' CERTIFICATION OF INTERESTED PARTIES