Thiago M. Coelho, SBN 324715
*thiago.coelho@wilshirelawfirm.com*
Chumahan B. Bowen, SBN 268136
*chumahan.bowen@wilshirelawfirm.com*
Matthew M. Macke, SBN 304551
*matthew.macke@wilshirelawfirm.com*
Jesenia A. Martinez, SBN 316969
*jesenia.martinez@wilshirelawfirm.com*
**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa Street, Sky Lobby
Los Angeles, California 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiffs and all others similarly situated*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO PAREDES, ROBERT HAFSTAD, and ELIZABETH MCDOWELL, individually and on behalf of all others similarly situated | Case No. 3:26-cv-04921-AGT |
| *Plaintiffs,* | **PROOF OF SERVICE** |
| v. | |
| ATTOM DATA SOLUTIONS, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive, | |
| *Defendants.* | |

PROOF OF SERVICE

| Attorney or Party without Attorney:<br>Jesenia A. Martinez, Esq., SBN: 316969<br>Wilshire Law Firm<br>660 S Figueroa St, Sky Lobby<br>Los Angeles, CA 900173442<br>TELEPHONE No.: (213) 381-9988    FAX No. (Optional): (213) 381-9989 | E-MAIL ADDRESS (Optional): | FOR COURT USE ONLY |
|---|---|---|

Attorney for: Gilberto Paredes, et al.

Ref No. or File No.:

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District of California -

Plaintiff: Gilberto Paredes, et al.

Defendant: Attom Data Solutions, LLC, et al.

| **Proof of Service** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>326CV04921AGT |
|---|---|---|---|---|

At The time of service, I was at least 18 years of age and not a party to this action. **I served copies of the following documents:**

**Summons in a Civil Action; Complaint; Civil Cover Sheet; Plaintiff's Certification of Interested Parties; Notice of Electronic Filing; Order Setting Initial Case Management Conference and ADR Deadlines; Consent or Declination to Magistrate Judge Jurisdiction; Proposed Summons in a Civil Action**

PARTY SERVED: **Attom Data Solutions, LLC, a Delaware Limited Liability Company**

PERSON SERVED: **Diana Ruiz, Person Authorized to Accept -**

DATE & TIME OF SERVICE: **5/27/2026**
**11:12 AM**

ADDRESS, CITY, AND STATE: **CT Corporation System, Agent for Service**
**330 N Brand Blvd, Suite 700**
**Glendale, CA 91203**

**Manner of Service:**
By Personal Service - I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party.

Fee for Service: $



County: Los Angeles
Registration No.: 2016038557
Valpro Attorney Services
1520 W. El Camino Avenue #125
Sacramento, CA 95833
(855) 582-5776

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on May 27, 2026.

Signature:_____
Bruce Anderson

**Proof of Service**

982(a)(23)[New July 1, 1987]                                                                    Order#: VAL19949/General