Thiago M. Coelho, SBN 324715
*thiago.coelho@wilshirelawfirm.com*
Chumahan B. Bowen, SBN 268136
*chumahan.bowen@wilshirelawfirm.com*
Matthew M. Macke, SBN 304551
*matthew.macke@wilshirelawfirm.com*
Jesenia A. Martinez, SBN 316969
*jesenia.martinez@wilshirelawfirm.com*
**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa Street, Sky Lobby
Los Angeles, California 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiffs and all others similarly situated*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO PAREDES, ROBERT HAFSTAD, and ELIZABETH MCDOWELL, individually and on behalf of all others similarly situated<br><br>*Plaintiffs,*<br><br>v.<br><br>ATTOM DATA SOLUTIONS, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>*Defendants*. | Case No. 3:26-cv-04921-AGT<br><br><br>**CERTIFICATE OF SERVICE** |

**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa St., Sky Lobby
Los Angeles, CA 90017

CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2026, a copy of **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** was served upon the following person(s) by U.S. MAIL and postage prepaid, pursuant to Fed. R.Civ. Proc. 5.:

CT Corporation System
330 N Brand Blvd, Suite 700
Glendale, CA 91203

*Agent for Service of Process for Defendant, ATTOM DATA SOLUTIONS, LLC*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 27, 2026,** at Los Angeles, California.

*Nelida Meza*
Nelida Meza

**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa St., Sky Lobby
Los Angeles, CA 90017

1
CERTIFICATE OF SERVICE