**MORGAN, LEWIS & BOCKIUS LLP**
Lisa R. Weddle, SBN 259050
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501
lisa.weddle@morganlewis.com

*Attorneys for Defendant*
*Attom Data Solutions, LLC*


**WILSHIRE LAW FIRM, PLC**
Thiago M. Coelho, SBN 324715
Chumahan B. Bowen, SBN 268136
Matthew M. Macke, SBN 304551
Jesenia A. Martinez, SBN 316969
660 S. Figueroa Street, Sky Lobby
Los Angeles, California 90017
Tel: +1.213.381.9988
Fax: +1.213.381.9989
thiago.coelho@wilshirelawfirm.com
chumahan.bowen@wilshirelawfirm.com
matthew.macke@wilshirelawfirm.com
jesenia.martinez@wilshirelawfirm.com

*Attorneys for Plaintiffs*
*Gilberto Paredes, Robert Hafstad, and*
*Elizabeth McDowell*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO PAREDES, ROBERT HAFSTAD and ELIZABETH MCDOWELL, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ATTOM DATA SOLUTIONS, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 3:26-cv-04921 <br><br> **JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |

Plaintiffs Gilberto Paredes, Robert Hafstad, and Elizabeth McDowell (together, "Plaintiffs"), and Defendant Attom Data Solutions, LLC ("Defendant") by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed this action against Defendant on May 22, 2026, in United States District Court, Northern District of California;

WHEREAS, Plaintiffs served Defendant on May 27, 2026;

WHEREAS, Defendant's deadline to respond to the Complaint is currently June 17, 2026 (Fed. R. Civ. P. 81(c)(2)(C));

WHEREAS, after conferring by telephone, the Parties agreed to extend Defendant's time to answer or otherwise respond to the Complaint pursuant to N.D. Cal. L.R. 6-1.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their counsel of record, as follows: The deadline for Defendant to respond to Plaintiffs' Complaint is extended from June 17, 2026, to July 17, 2026.

IT IS SO STIPULATED.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

JOINT STIPULATION TO EXTEND DEFENDANT'S
TIME TO RESPOND TO COMPLAINT

Dated:        June 1, 2026,              MORGAN, LEWIS & BOCKIUS LLP


                                         By    */s/ Lisa Weddle*
                                               Lisa Weddle


                                         *Attorneys for Defendant*
                                         *Attom Data Solutions, LLC*

Dated:        June 1, 2026,              WILSHIRE LAW FIRM, PLC


                                         By    */s/ Thiago M. Coelho*
                                               Thiago M. Coelho
                                               Chumahan B. Bowen
                                               Matthew M. Macke
                                               Jesenia A. Martinez

                                         *Attorneys for Plaintiffs*
                                         *Gilberto Paredes, Robert Hafstad,*
                                         *and Elizabeth McDowell*


### Attestation Regarding Signatures

I, Lisa Weddle, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.


June 1, 2026


                                         By   */s/ Lisa Weddle*
                                              Lisa Weddle

JOINT STIPULATION TO EXTEND DEFENDANT'S
TIME TO RESPOND TO COMPLAINT