MORGAN, LEWIS & BOCKIUS LLP
Melissa Lawton, SBN 225452
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel:    +1.213.612.2500
Fax:    +1.213.612.2501
lisa.weddle@morganlewis.com
melissa.lawton@morganlewis.com

Attorneys for Defendant
ATTOM DATA SOLUTIONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO PAREDES, ROBERT HAFSTAD and ELIZABETH MCDOWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ATTOM DATA SOLUTIONS, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:26-cv-04921<br><br>**DEFENDANT ATTOM DATA SOLUTIONS, LLC'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br>Complaint Filed:  May 22, 2026 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 3:26-cv-04921

DEFENDANT'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS

**TO THE COURT AND TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict of interest to report.[1]

The undersigned further certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Attom Data Solutions, LLC ("Attom") is a Delaware limited liability company principally based in Irvine, California.  Attom owns Attom HFM LLC, a Delaware limited liability company.  Attom is itself owned by ATTOM Intermediate Holdco LLC,[2] a Delaware limited liability company.

ATTOM Intermediate Holdco LLC has, indirectly, numerous members and owners, many of which are themselves Limited Liability Companies or Limited Partnerships with multiple owners and members.  If the Court requires further information, due to confidentiality obligations and harm that would result from public disclosure, then Attom requests to provide such information for the Court's review *in camera*.

Dated: June 8, 2026

MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Melissa Lawton*
Melissa Lawton
Attorneys for Defendant
ATTOM DATA SOLUTIONS, LLC

---

[1] By submitting this Certification of Conflicts and Interested Entities or Persons, Attom expressly retains and does not waive any jurisdictional or other defenses in this action.

[2] ATTOM Intermediate Holdco LLC also owns Attom HJ Inc., a Delaware corporation, which owns Delaware limited liability company Found It LLC and California corporation Home Junction, Inc., a. Found It LLC owns several limited liability companies across multiple states.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

Case No. 3:26-cv-04921

DEFENDANT'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS