MORGAN, LEWIS & BOCKIUS LLP
Melissa Lawton, SBN 225452
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel:    +1.213.612.2500
Fax:    +1.213.612.2501
melissa.lawton@morganlewis.com

Attorneys for Defendant
ATTOM DATA SOLUTIONS, LLC

WILSHIRE LAW FIRM, PLC
Thiago M. Coelho, SBN 324715
Chumahan B. Bowen, SBN 268136
Matthew M. Macke, SBN 304551
Jesenia A. Martinez, SBN 316969
660 S. Figueroa Street, Sky Lobby
Los Angeles, CA 90017
Tel:    +1.213.381.9988
Fax:    +1.213.381.9989
thiago.coelho@wilshirelawfirm.com
chumahan.bowen@wilshirelawfirm.com
matthew.macke@wilshirelawfirm.com
jesenia.martinez@wilshirelawfirm.com

Attorneys for Plaintiffs
GILBERTO PAREDES, ROBERT HAFSTAD,
AND ELIZABETH MCDOWELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO PAREDES, ROBERT HAFSTAD and ELIZABETH MCDOWELL, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>        vs.<br>ATTOM DATA SOLUTIONS, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No. 3:26-cv-04921<br><br>**JOINT STIPULATION TO EXTEND ALL CASE DEADLINES** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Plaintiffs Gilberto Paredes, Robert Hafstad, and Elizabeth McDowell ("Plaintiffs") and Defendant Attom Data Solutions, LLC ("Defendant") (together, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed this action against Defendant on May 22, 2026, in the United States District Court for the Northern District of California;

WHEREAS, Plaintiffs served Defendant on May 27, 2026;

WHEREAS, Defendant's initial deadline to respond to the Complaint was June 17, 2026;

WHEREAS, the Parties stipulated to continue Defendant's deadline to respond to the Complaint until July 17, 2026;

WHEREAS, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines (the "Order") on May 26, 2026, which set the following deadlines:

| Case Management Event | Deadline |
| --- | --- |
| Deadline to file ADR Certification | 7/31/26 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | 7/31/26 |
| Deadline to make initial disclosures | 8/14/26 |
| Deadline to file Joint Case Management Statement | 8/14/26 |
| Initial Case Management Conference | 8/21/26 at 2:00 pm |

WHEREAS, the Parties have a mediation scheduled for August 19, 2026;

WHEREAS, the Parties wish to continue all case deadlines until after the mediation to avoid incurring further litigation costs should the case settle;

WHEREAS, the Parties agree to extend Defendant's time to answer or otherwise respond to the Complaint until September 2, 2026, and all other case deadlines as follows:

| Event | Deadline |
|---|---|
| Deadline to file ADR Certification | 10/2/26 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | 10/2/26 |
| Deadline to make initial disclosures | 10/16/26 |
| Deadline to file Joint Case Management Statement | 10/16/26 |
| Initial Case Management Conference | 10/30/26 at 2:00 pm (or another convenient time for the Court) |

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their counsel of record, that Defendant's deadline to respond to Plaintiff's Complaint is extended from July 17, 2026 to September 2, 2026, and all other case deadlines are extended as follows[1]:

| Case Management Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline to file ADR Certification | 7/31/26 | 10/2/26 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | 7/31/26 | 10/2/26 |
| Deadline to make initial disclosures | 8/14/26 | 10/16/26 |
| Deadline to file Joint Case Management Statement | 8/14/26 | 10/16/26 |
| Initial Case Management Conference | 8/21/26 at 2:00 pm | 10/30/26 at 2:00 pm (or another convenient time for the Court) |

[1] The Parties also stipulate to extend any and all other deadlines associated with the responsive pleading and/or case management deadlines that are not expressly identified herein. Such deadlines shall be extended consistent with the timeline(s) set forth in the applicable rules or as otherwise agreed upon by the Parties after the August 19, 2026 mediation.

IT IS SO STIPULATED.

Dated: June 9, 2026                           MORGAN, LEWIS & BOCKIUS LLP

                                              By /s/ Melissa Lawton
                                                 Melissa Lawton
                                                 Attorneys for Defendant
                                                 ATTOM DATA SOLUTIONS, LLC

Dated: June 9, 2026                           WILSHIRE LAW FIRM, PLC

                                              By /s/ Thiago M. Coelho
                                                 Thiago M. Coelho
                                                 Chumahan B. Bowen
                                                 Matthew M. Macke
                                                 Jesenia A. Martinez
                                                 Attorneys for Plaintiffs
                                                 GILBERTO PAREDES, ROBERT
                                                 HAFSTAD, AND ELIZABETH
                                                 MCDOWELL

**<u>Attestation Regarding Signatures</u>**

I, Melissa Lawton, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 9, 2026                           By /s/ Melissa Lawton
                                                 Melissa Lawton

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3                                    Case No. 3:26-cv-04921
JOINT STIPULATION TO EXTEND ALL CASE DEADLINES

**[PROPOSED] ORDER**

Having considered the Parties' Joint Stipulation to Extend All Case Deadlines, and good cause appearing, it is hereby ORDERED that Defendant's deadline to respond to Plaintiff's Complaint is extended from July 17, 2026 to September 2, 2026, and all other case deadlines are extended consistent with that stipulation.

**IT IS SO ORDERED.**

Dated:  June 10, 2026

_____
Hon. Alex G. Tse
United States Magistrate Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4                                    Case No. 3:26-cv-04921
[PROPOSED] ORDER