MORGAN, LEWIS & BOCKIUS LLP
Melissa Lawton, SBN 225452
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501
melissa.lawton@morganlewis.com

Attorneys for Defendant
ATTOM DATA SOLUTIONS, LLC

WILSHIRE LAW FIRM, PLC
Thiago M. Coelho, SBN 324715
Chumahan B. Bowen, SBN 268136
Jesenia A. Martinez, SBN 316969
660 S. Figueroa Street, Sky Lobby
Los Angeles, CA 90017
Tel: +1.213.381.9988
Fax: +1.213.381.9989
thiago.coelho@wilshirelawfirm.com
chumahan.bowen@wilshirelawfirm.com
jesenia.martinez@wilshirelawfirm.com

Attorneys for Plaintiffs
GILBERTO PAREDES, ROBERT HAFSTAD,
AND ELIZABETH MCDOWELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GILBERTO PAREDES, ROBERT HAFSTAD and ELIZABETH MCDOWELL, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

ATTOM DATA SOLUTIONS, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,

Defendants.

Case No. 3:26-cv-04921

**JOINT STIPULATION TO EXTEND ALL CASE DEADLINES** : ORDER

Plaintiffs Gilberto Paredes, Robert Hafstad, and Elizabeth McDowell ("Plaintiffs") and Defendant Attom Data Solutions, LLC ("Defendant") (together, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed this action against Defendant on May 22, 2026, in the United States District Court for the Northern District of California;

WHEREAS, Plaintiffs served Defendant on May 27, 2026;

WHEREAS, Defendant's initial deadline to respond to the Complaint was June 17, 2026;

WHEREAS, the Parties stipulated to continue Defendant's deadline to respond to the Complaint until July 17, 2026;

WHEREAS, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines (the "Order") on May 26, 2026;

WHEREAS, the Parties agreed to extend Defendant's time to respond to the complaint and all other case deadlines in the Order pending their August 19, 2026 mediation;

WHEREAS, the Parties filed a stipulation with the Court on June 9, 2026, which extended Defendant's time to answer or otherwise respond to the Complaint until September 2, 2026, and the other case deadlines;

WHEREAS, the Court entered that stipulation on June 10, 2026;

WHEREAS, the Parties made progress toward informal resolution of this case during the August 19, 2026 mediation;

WHEREAS, on August 20, 2026, the Parties filed a stipulation to extend Defendant's deadline to respond to the Complaint and all other case deadlines to continue engaging in those discussions with a view to resolving the case informally;

WHEREAS, the Court entered that stipulation on August 27, 2026;

WHEREAS, under that stipulation, Defendants' deadline to respond to the Complaint is October 5, 2026, with other case deadlines continued as follows:

| Case Management Event | Deadline |
|---|---|
| Deadline to file ADR Certification | 11/2/26 |

| | |
|---|---|
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | 11/2/26 |
| Deadline to make initial disclosures | 11/16/26 |
| Deadline to file Joint Case Management Statement | 11/16/26 |
| Initial Case Management Conference | 12/1/26 at 8:30 a.m. |

WHEREAS, the Parties have reached a settlement agreement in principle and seek additional time to finalize and execute that agreement;

WHEREAS, the Parties wish to avoid expending time and resources associated with briefing a motion to dismiss given the Parties' anticipated settlement;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their counsel of record, that Defendant's deadline to respond to Plaintiffs' Complaint is extended from October 5, 2026 to November 5, 2026, and all other case deadlines are extended as follows[1]:

| Case Management Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline to file ADR Certification | 11/2/26 | 12/2/26 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | 11/2/26 | 12/2/26 |
| Deadline to make initial disclosures | 11/16/26 | 12/16/26 |
| Deadline to file Joint Case Management Statement | 11/16/26 | 12/16/26 |
| Initial Case Management Conference | 12/1/26 at 8:30 a.m. | 1/15/2027 at 8:30 a.m. a.m. (or at another time convenient for the Court) |

[1] The Parties also stipulate to extend any and all other deadlines associated with the responsive pleading and/or case management deadlines that are not expressly identified herein. Such deadlines shall be extended consistent with the timeline(s) set forth in the applicable rules or as otherwise agreed upon by the Parties.

IT IS SO STIPULATED.

Dated: September 17, 2026

MORGAN, LEWIS & BOCKIUS LLP

By */s/ Melissa Lawton*
Melissa Lawton
Attorneys for Defendant,
ATTOM DATA SOLUTIONS, LLC

Dated: September 17, 2026

WILSHIRE LAW FIRM, PLC

By */s/ Thiago M. Coelho*
Thiago M. Coelho
Chumahan B. Bowen
Jesenia A. Martinez
Attorneys for Plaintiffs,
GILBERTO PAREDES, ROBERT HAFSTAD, AND ELIZABETH MCDOWELL

**Attestation Regarding Signatures**

I, Melissa Lawton, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 17, 2026

By */s/ Melissa Lawton*
Melissa Lawton

**[PROPOSED] ORDER**

Having considered the Parties' Joint Stipulation to Extend All Case Deadlines, and good cause appearing, it is hereby ORDERED that Defendant's deadline to respond to Plaintiffs' Complaint is extended from October 5, 2026 to November 5, 2026 and all other case deadlines are extended consistent with that stipulation.

**IT IS SO ORDERED.**

Dated: September 21, 2026

Hon. Charles R. Breyer
United States District Judge