MORGAN, LEWIS & BOCKIUS LLP
Melissa Lawton, SBN 225452
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501
melissa.lawton@morganlewis.com

Attorneys for Defendant
ATTOM DATA SOLUTIONS, LLC

WILSHIRE LAW FIRM, PLC
Thiago M. Coelho, SBN 324715
Chumahan B. Bowen, SBN 268136
Jesenia A. Martinez, SBN 316969
660 S. Figueroa Street, Sky Lobby
Los Angeles, CA 90017
Tel: +1.213.381.9988
Fax: +1.213.381.9989
thiago.coelho@wilshirelawfirm.com
chumahan.bowen@wilshirelawfirm.com
jesenia.martinez@wilshirelawfirm.com

Attorneys for Plaintiffs
GILBERTO PAREDES, ROBERT HAFSTAD,
AND ELIZABETH MCDOWELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GILBERTO PAREDES, ROBERT HAFSTAD and ELIZABETH MCDOWELL, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

ATTOM DATA SOLUTIONS, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,

Defendants.

Case No. 3:26-cv-04921

**JOINT STIPULATION TO EXTEND ALL CASE DEADLINES**: ORDER

Plaintiffs Gilberto Paredes, Robert Hafstad, and Elizabeth McDowell ("Plaintiffs") and Defendant Attom Data Solutions, LLC ("Defendant") (together, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed this action against Defendant on May 22, 2026, in the United States District Court for the Northern District of California;

WHEREAS, Plaintiffs served Defendant on May 27, 2026;

WHEREAS, Defendant's initial deadline to respond to the Complaint was June 17, 2026;

WHEREAS, the Parties stipulated to continue Defendant's deadline to respond to the Complaint until July 17, 2026;

WHEREAS, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines (the "Order") on May 26, 2026;

WHEREAS, the Parties agreed to extend Defendant's time to respond to the complaint and all other case deadlines in the Order pending their August 19, 2026 mediation;

WHEREAS, the Parties filed a stipulation with the Court on June 9, 2026, which extended Defendant's time to answer or otherwise respond to the Complaint until September 2, 2026, and the other case deadlines;

WHEREAS, the Court entered that stipulation on June 10, 2026;

WHEREAS, the Parties made progress toward informal resolution of this case during the August 19, 2026 mediation;

WHEREAS, the Parties filed a joint stipulation to extend the deadline for Defendant's responsive pleading on August 20, 2026, which the Court entered on August 27, 2026.

WHEREAS, after reaching an agreement in principle, the Parties filed another joint stipulation extending Defendant's responsive pleading deadline on September 17, 2026, which the Court entered on September 21, 2026.

WHEREAS, under that stipulation, Defendants' deadline to respond to the Complaint is November 5, 2026, with other case deadlines continued as follows:

| Case Management Event | Deadline |
|---|---|
| Deadline to file ADR Certification | 12/2/26 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | 12/2/26 |
| Deadline to make initial disclosures | 12/16/26 |
| Deadline to file Joint Case Management Statement | 12/16/26 |
| Initial Case Management Conference | 1/15/27 at 8:30 a.m. |

WHEREAS, the Parties are diligently communicating regarding settlement and have made significant progress toward finalizing the settlement agreement;

WHEREAS, the Parties require additional time to finalize certain outstanding terms of the agreement;

WHEREAS, the Parties wish to avoid expending time and resources associated with briefing a motion to dismiss given the Parties' forthcoming settlement;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their counsel of record, that Defendant's deadline to respond to Plaintiffs' Complaint is extended from November 5, 2026 to January 5, 2027, and all other case deadlines are extended as follows[1]:

| Case Management Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline to file ADR Certification | 12/2/26 | 2/2/27 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | 12/2/26 | 2/2/27 |
| Deadline to make initial disclosures | 12/16/26 | 2/16/27 |

[1] The Parties also stipulate to extend any and all other deadlines associated with the responsive pleading and/or case management deadlines that are not expressly identified herein. Such deadlines shall be extended consistent with the timeline(s) set forth in the applicable rules or as otherwise agreed upon by the Parties.

| | | |
|---|---|---|
| Deadline to file Joint Case Management Statement | 12/16/26 | 2/16/27 |
| Initial Case Management Conference | 1/15/27 at 8:30 a.m. | 3/19/27 at 8:30 a.m. (or at another time convenient for the Court) |

IT IS SO STIPULATED.

Dated: October 22, 2026

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Melissa Lawton
Melissa Lawton
Attorneys for Defendant,
ATTOM DATA SOLUTIONS, LLC

Dated: October 22, 2026

WILSHIRE LAW FIRM, PLC

By /s/ Thiago M. Coelho
Thiago M. Coelho
Chumahan B. Bowen
Jesenia A. Martinez
Attorneys for Plaintiffs,
GILBERTO PAREDES, ROBERT HAFSTAD, AND ELIZABETH MCDOWELL

**Attestation Regarding Signatures**

I, Melissa Lawton, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 22, 2026

By /s/ Melissa Lawton
Melissa Lawton

**[PROPOSED] ORDER**

Having considered the Parties' Joint Stipulation to Extend All Case Deadlines, and good cause appearing, it is hereby ORDERED that Defendant's deadline to respond to Plaintiffs' Complaint is extended from November 5, 2026 to January 5, 2027, and all other case deadlines are extended consistent with that stipulation.

**IT IS SO ORDERED.**

Dated: October 23, 2026

Hon. Charles R. Breyer
United States District Judge